## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

JESUS VALDES FERNANDEZ

Debtor(s)

CASE NUM. 10-05919 DKT

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 07/30/2010**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 30TH day of July, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  
**VALDES FERNANDEZ, JESUS**  
Debtor(s)

Case No. **10-05919-13**  
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/28/2010**  
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED:  
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  

TOTAL: $ **18,000.00**

Additional Payments:  
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:  
$ ___ x ___ = $ ___

PROPOSED BASE: $ **18,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

Signed: **/s/ JESUS VALDES FERNANDEZ**  
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☐ Trustee pays secured ARREARS:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___

2. ☐ Trustee pays IN FULL Secured Claims:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___

3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:  
**CENTRO COOP    COOP A/C EMP CEN**

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.

1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___  
☐ Paid 100% / ☐ Other: ___  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)  
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ANY POST PETITION TAX REFUNDS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION.**

Phone: **(787) 758-4400**

IN RE VALDES FERNANDEZ, JESUS                                         Case No. **10-05919-13**
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

                                                                       Cr                    #                    $

**Executory Contracts - Assumed:**

VALDES FERNANDEZ, JESUS
CALLE PARIS #243
PMB 1567
SAN JUAN, PR  00917

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR  00919-5596

T ROWE PRICE
100 ESAST PRATT ST
PO BOX 89000
BALTIMORE, MD  21289-0320

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR  00936-2589

UNITED SUREYT & INDEMNITY COMPANY
PO BOX 2111
SAN JUAN, PR  00922-2111

CAR CARE ONE
GE MONEY BANK
PO BOX 960061
ORLANDO, FL  32896-0061

CENTRO COOP
PO BOX 2129
SAN JUAN, PR  00922-2129

COMMOLOCO
PO BOX 1886
CAROLINA, PR  00984-1886

COOP A/C EMP CENTRO MEDICO
PO BOX 2129
SAN JUAN, PR  00922-2111

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

DEPARTAMENTO DE LA VIVIENDA
ADM. VIVIENDA PUBLICA
PO BOX 21365
SAN JUAN, PR  00924

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918