IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 10-05919 SEK |
|---|---|
| JESUS VALDES FERNANDEZ | |
| Debtor(s) | CHAPTER 13 (ASSET CASE) |

APPLICATION FOR ATTORNEY COMPENSATION

TO THE HONORABLE COURT:

**COME(S) NOW,** Marilyn Valdes Ortega, and respectfully requests interim compensation pursuant to Section 330 of the United States Bankruptcy Code. All services performed and/or expenses incurred were for the benefit of the estate or the administration of the case. As required by Bankruptcy Rule 2016 A, the undersigned attorney on behalf of the aforementioned law firm sets forth a detailed statement of the services rendered, time expend and the amount requested:

CASE ADMINISTRATION CHAPTER 13

| DATE | DESCRIPTION | TIME HOURS |
|---|---|---|
| 2/25/2010 | Initial interview in which debtor economic situation and debts are evaluated in order to determine Chapter 13 eligibility, determine plan to be offered to creditors, feasibility of the plan, potential adversary proceedings, information that is required, discuss attorney fees. | 1.60 |
| 6/9/2010 | Meet with debtor to analyze documents Tax returns and answer addition questions | 0.70 |

| Date | Description | Hours |
|---|---|---|
| 6/9/2010 | Organize, discuss, prepare draft and reviewed initial documents that were to be submitted to the court in order to file instant case. Debtor did not have all the information required to file schedules and financial information required by the Code. (Voluntary Petition, Compensation Statement of Attorney For The Debtor(s), Automatic Stay Notice, Master Address List, Chapter 13 Notice of Documents Filed). | 1.50 |
| 06/30/2010 | Meet with debtor to discuss documents initial documents submitted to the court in order to file instance case drafted and explain the documents to be submitted to the court. | 1.00 |
| 6/30/2010 | Draft and proofread first letter to client to inform Trustee and case number along with evidence of the filing of the Bankruptcy petition. | 0.30 |
| 07/01/2010 | Read Court notice informing that 341 meeting will be held on 08/03/2010 at 1:00 PM | 0.10 |
| 07/01/2010 | Letter to debtor informing that 341 meeting will be held on 08/03/2010 at 1:00 PM | 0.20 |
| 07/06/2010 | Review and re-file a Certificate of Credit Counseling, Dated July 2nd, 2010. | 0.20 |
| 07/06/2010 | Draft and prepare initial letter that is sent to debtor in which we inform the requirements of his case and the information and documents that are pending to filed. | 0.30 |
| 07/07/2010 | Read Court Notice of Chapter 7 and 13 Case Filing Review and Posible Dismissal. | 0.10 |

| Date | Description | Hours |
|---|---|---|
| 07/09/2010 | Draft and prepare Motion requesting extension of time to file Summary of Financial Affairs, The Means Test and Chapter 13 Plan | 0.50 |
| 07/09/2010 | Study Proof of Claim 1-1 filed by creditor Centro Coop | 0.10 |
| 07/09/2010 | Study Proof of Claim 2-1 filed by creditor Centro Coop | 0.10 |
| 07/09/2010 | Contact debtor to discuss the evidence needed to file schedules. Answer additional questions | 0.50 |
| 07/15/2010 | Study Proof of Claim 3-1 filed by creditor Banco Popular de Puerto Rico | 0.10 |
| 07/16/2010 | Study Proof of Claim 4-1 filed by creditor CommoLoCo, Inc | 0.10 |
| 07/29/2010 | Study documents brought by client to draft Schedules. | 0.80 |
| 07/29/2010 | Draft and prepare Means Test, Statement of Financial Affairs, Schedules and Chapter 13 Plan. | 1.30 |
| 8/02/2010 | Contact debtor to discuss the amendment to Schedules G, I and J. | 0.30 |
| 8/2/2010 | Draft and prepare amended Schedules G, I and J. | 0.50 |
| 8/2/2010 | Meet with debtor in order to prepare for 341 meeting discuss documents needed At 341 schedule as ID with picture, evidence | |

| | | |
|---|---|---|
| | Of payment and Social Security. | 0.30 |
| 8/3/2010 | Appear at 341 Meeting held on 8/3/2010 at 1:00 PM. | 0.80 |
| 8/6/2010 | Read Court Minutes of 341 Meeting & Trustee's Recommendation for Confirmation. | 0.10 |
| 8/6/2010 | Contact debtor to discuss Minutes of 341 Meeting explain term requested to contract new legal representation, importance of keeping payments current and get new Counsel as soon as possible. Explain consequences of non compliance sus as Dismissal. | 0.30 |
| 8/27/2010 | Draft and prepare Motion resigning legal representation and discuss same with debtor to explain he has 30 days to contract new Legal representation. | 0.30 |
| 09/12/2010 | Study Proof of Claim 5-1 filed by creditor GE Money Bank | 0.10 |
| 09/12/2010 | Study Proof of Claim 6-1 filed by creditor GE Money Bank | 0.10 |
| 09/29/2010 | Study Proof of Claim 7-1 filed by creditor Banco Santander | 0.10 |
| 10/19/2010 | Study Proof of Claim 8-1 filed by creditor Department of Treasury | 0.10 |
| 11/2/2010 | Draft and proofread this billing report. | 1.00 |
| | Total Hours | <u>13.50</u> |

4. The undersigned attorney contracted that her services

should be paid at a rate of $200.00 per hour. Prior to the filing the undersigned received $100.00 based on the billing report submitted, the undersigned request that this Honorable Court grant additional compensation in the amount of $2,600.00 with the money on hand with the Trustee to be paid through the plan, for the Trustee to disburse from the balance on hand after Trustee fee.

5. The applicant has not shared nor agreed to share such compensation with anyone except members or regular associates of our law firm.

## NOTICE

"Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R.Bank.P.9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief if forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise".

## VERIFIED STATEMENT

I hereby certify under penalty of perjury that the above information is correct and services were incurred to the best of my knowledge.

In San Juan, Puerto Rico, this 2nd day of November, 2010.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.,** US Trustee **Monsita Lecaroz Arribas,** and to all those parties who in this case have register for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
MARILYN VALDES ORTEGA
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

VALDES FERNANDEZ JESUS
CALLE PARIS #243
PMB 1567
SAN JUAN PR  00917

T ROWE PRICE
100 ESAST PRATT ST
PO BOX 89000
BALTIMORE MD  21289-0320

MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR  00919-5596

UNITED SUREYT & INDEMNITY COMPANY
PO BOX 2111
SAN JUAN PR  00922-2111

BANCO SANTANDER
PO BOX 362589
SAN JUAN PR  00936-2589

CAR CARE ONE
GE MONEY BANK
PO BOX 960061
ORLANDO FL  32896-0061

CENTRO COOP
PO BOX 2129
SAN JUAN PR  00922-2129

COMMOLOCO
PO BOX 1886
CAROLINA PR  00984-1886

COOP A/C EMP CENTRO MEDICO
PO BOX 2129
SAN JUAN PR  00922-2111

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR  00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR  00902-0192